

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00056-CV

GEORGE MANOR, Appellant

§

On Appeal from the 415th District Court

§

of Parker County (CV15-1444)

V.

§

October 17, 2019

§

JUDY IONE MANOR, Appellee

Opinion by Judge Gonzalez

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed and we lift the stay previously ordered by this court.

It is further ordered that appellant George Manor shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Ruben Gonzalez_____
  Judge Ruben Gonzalez